ACCEPTED
01-13-000917-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

James F. Keegan
Attorney at Law
4421 Jim West Street
Bellaire, Texas 77401
713-668-4797
713-668-4798-facsimile
whynyet@sbcglobal.net

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/12/2015 12:52:13 PM

CHRISTOPHER A. PRINE
Clerk

8 September 2015

Christopher A. Pine, Clerk
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

 re: Keith Ladale Wilson v. The State of Texas
  No. 01-13-00917-CR
  No. 22281 in the 411th District Court of Polk County, Texas

Dear Mr. Pine:

 Please be advised that my address has changed. My new address is as above. My telephone number, fax number, and e-mail address remain unchanged.

        Sincerely,


        /s/ James F. Keegan
        James F. Keegan

cc: Philip Anthony Grant (Faxed, 936-760-6940, ONLY)
 First Assistant District Attorney
 Montgomery County
 Conroe, Texas 77301